UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 18-CV-24691-GRAHAM

MARY ANN GUZY,

    Plaintiff,

vs.

QBE SPECIALTY INSURANCE COMPANY,

    Defendant.

_____/

## ORDER

**THIS CAUSE** came before the Court on Defendant's Motion to Dismiss and/or Stay [D.E. 3], Plaintiff's Response [D.E. 10] and Defendant's Reply [D.E. 12].

**THE COURT** has conducted a _de novo_ review of the file and is otherwise fully advised in the premises. For the reasons pronounced during the status conference held in this matter on Wednesday January 14, 2019, Defendant's motion is denied. Accordingly, it is

**ORDERED AND ADJUDGED** that Defendant's Motion to Dismiss and/or Stay [D.E. 3] is **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 23 day of January, 2019.

DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE